**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**November 20, 2003**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 03-20399

_____

In the Matter of:  MICRO INNOVATIONS CORPORATION

_____

RANDY WILLIAMS,

Appellee,

versus

AGAMA SYSTEMS INC.; AGAMA SYSTEMS TEXAS INC.,

Appellants.

_____

Appeal from the United States District Court
for the Southern District of Texas
(No. H-02-CV-467)

_____

Before SMITH, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM[*]

The district court held that Agama Systems, Inc. ("Agama") did not have a claim in bankruptcy against the estate of Micro Innovations Corporation.  Agama contends that the district

---

[*] Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

1

court erred by concluding that the Bankruptcy Code does not create a claim on behalf of a bad faith transferee after a trustee recovers the value of the estate's fraudulent transfer. Agama's argument is meritless. Because the Bankruptcy Code does not create such a claim, and because Agama does not have an enforceable claim based in non-bankruptcy law, we AFFIRM the holding of the district court.